UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TESSA FRANK,

    Plaintiff,

v.                                             Case No: 5:20-cv-372-JSM-PRL

FRESH ON THE SQUARE LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court on the Joint Motion to Approve Settlement and Dismiss with Prejudice (Dkt. 85). The Court has reviewed the Parties' Settlement Agreement, in camera, and concludes that the Settlement Agreement should be approved. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve Settlement and Dismiss with Prejudice (Dkt.85) is GRANTED.
2. The settlement is approved.
3. This action is DISMISSED WITH PREJUDICE.
4. All pending motions are denied as moot.
5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of December, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record